**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS SCAVELLO, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-CV-5992 |
| | : | |
| TOWNSHIP OF SKIPPACK, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this        1st        day of October, 2009, upon
consideration of Defendants Lisa and William Ford's Motion to
Dismiss (Doc. No. 106), and responses thereto, for the reasons
set forth in the attached Memorandum, it is hereby ORDERED that
the Motion is GRANTED, and that all of Plaintiffs' federal claims
against Lisa and William Ford are DISMISSED pursuant to Fed. R.
Civ. P. 12(b)(6) and the Court declines to exercise jurisdiction
as to Plaintiffs' remaining state law claims, which are hereby
DISMISSED without prejudice.

BY THE COURT:

J. CURTIS JOYNER, J.