IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SCAVELLO, et al., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 08-CV-5992 |
| TOWNSHIP OF SKIPPACK, et al., | : |
| Defendants. | : |

**ORDER**

AND NOW, this 1st day of October, 2009, upon consideration of Defendants Mark and Jennifer Smith's Motions to Dismiss Plaintiffs' Complaint and/or Amended Complaint (Doc. Nos. 77, 108, & 109), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED, and that all of Plaintiffs' federal claims against Mark and Jennifer Smith are DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6) and the Court declines to exercise jurisdiction as to Plaintiffs' remaining state law claims, which are hereby DISMISSED without prejudice.

BY THE COURT:

*/s/ J. Curtis Joyner*
J. CURTIS JOYNER, J.