**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
THOMAS SCAVELLO, et al.,          :
                                  :
              Plaintiffs,         :     CIVIL ACTION
                                  :
      v.                          :     NO. 08-CV-5992
                                  :
TOWNSHIP OF SKIPPACK,             :
et al.,                           :
                                  :
              Defendants.         :
```

## ORDER

AND NOW, this _1st_ day of October, 2009, upon
consideration of Defendant Jonathan Gass's (incorrectly named
Jonathan Gross in the Complaint and Amended Complaint) Motion to
Dismiss Plaintiffs' Complaint (Doc. No. 114), and responses
thereto, for the reasons set forth in the attached Memorandum, it
is hereby ORDERED that the Motion is GRANTED, and that all of
Plaintiffs' federal claims against Jonathan Gass (incorrectly
named Jonathan Gross in the Complaint and Amended Complaint) are
DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6) and the Court
declines to exercise jurisdiction as to Plaintiffs' remaining
state law claims, which are hereby DISMISSED without prejudice.

BY THE COURT:

J. CURTIS JOYNER, J.