IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SCAVELLO, et al., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | NO. 08-CV-5992 |
| : | |
| TOWNSHIP OF SKIPPACK, : | |
| et al., : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this 1st day of October, 2009, upon consideration of Defendant John Quinn's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 115), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED, and that all of Plaintiffs' federal claims against John Quinn are DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6) and the Court declines to exercise jurisdiction as to Plaintiffs' remaining state law claims, which are hereby DISMISSED without prejudice.

BY THE COURT:

J. CURTIS JOYNER, J.