# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SCAVELLO, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 08-CV-5992 |
| TOWNSHIP OF SKIPPACK, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 16th day of November, 2009, upon consideration of Defendants Mark Menapace, Marianne Menapace, George Bowen, Barbara Bowen, Carol Cross, David Carhart, and Amy Carhart's Motion for Attorneys' Fees (Doc. No. 148) and response thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED. Defendants are further ORDERED to submit detailed records to the Court within twenty (20) days of the entry of this Order that separate, to the extent possible, the work done in defending the federal claim from the work done in defending the state claims. Plaintiffs will then be given ten (10) days to contest the specific amount that Defendants claim before this Court determines the proper amount of the fee award.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.